UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

---------------------------------------------------------x
DANIEL TODD,                              :
                                          :   CASE NO.: 1:25-cv-00626-TAD-JPM
       Plaintiff,                       :
                                          :   Judge: Terry A. Doughty
vs.                                       :
                                          :   Magistrate: Joseph H L Perez-Montes
                                          :
PETRON L.L.C.,                            :
                                          :
       Defendant.                       :
---------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Fed. R. Civ. P. 41(a)(ii), by and between the undersigned attorneys of record, that the above-captioned proceeding be, and hereby is, dismissed in its entirety, with prejudice, against the Defendants without fees or costs to any party against any other.

Respectfully Submitted, this 11th day of August, 2025.


By:/s/ Andrew D. Bizer
    **ANDREW D. BIZER**

**BIZER & DEREUS, LLC**
Andrew D. Bizer, Bar No. 30396
Garret S. DeReus, Bar No. 35105
Eva M. Kalikoff, Bar No. 39932
3319 St. Claude Avenue
New Orleans, Louisiana 70112
Telephone:   (504) 619-9999
Facsimile:    (504) 948-9996
Email:       andrew@bizerlaw.com
                gdereus@bizerlaw.com
                eva@bizerlaw.com
*Counsel for Plaintiff*

By:/s/ Bonita Preuett-Armour
    **BONITA PREUETT-ARMOUR**

**ARMOUR LAW FIRM**
Bonita Preuett-Armour (LA #21827)
bkparmour@armourlaw.net
143 La Rue 22 (Dry Prong 71423
P.O. Box 8386
Alexandria, Louisiana 71306
Telephone: (318) 442-6611
Facsimile: (318) 442-4719
*Counsel for Defendant Petron, LLC*